THE STATE EX REL. EATON CORPORATION, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO; ROIG, APPELLANT.

[Cite as *State ex rel. Eaton Corp. v. Indus. Comm.* (1998), 83 Ohio St.3d 330.]

(No. 96–2761—Submitted August 19, 1998—Decided October 7, 1998.)

---

*Willacy, LoPresti & Marcovy, Aubrey B. Willacy* and *M. Scott Young,* for appellee.

*Garson & Associates Co., L.P.A.,* and *Grace A. Szubski,* for appellant.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.